1  KEITH A. JACOBY, Bar No. 150233
   SCOTT M. LIDMAN, Bar No. 199433
2  JANEL R. ABLON, Bar No. 198678
   CHRISTINA M. HANNA, Bar No. 258552
3  LITTLER MENDELSON
   A Professional Corporation
4  2049 Century Park East
   5th Floor
5  Los Angeles, CA  90067.3107
   Telephone:  310.553.0308
6  Facsimile:   310.553.5583
   E-mail: kjacoby@littler.com
7
   Attorneys for Defendants
8  COMERICA BANK, COMERICA
   INCORPORATED AND COMERICA
9  MANAGEMENT COMPANY (erroneously sued as
   COMERICA MANAGEMENT COMPANY, INC.)
10

11           UNITED STATES DISTRICT COURT

12           CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ROTH, individually, and on behalf of members of the general public similar situated;, <br><br> Plaintiff, <br><br> v. <br><br> COMERICA BANK, a Texas corporation; COMERICA INCORPORATED, a Delaware corporation; COMERICA MANAGEMENT COMPANY, INC., a Michigan Corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.  CV10-03818 MMM (PLAx) <br><br> **STIPULATED PROTECTIVE ORDER** |

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

## ORDER

GOOD CAUSE appearing therefore, the terms of the Parties' Stipulation Re Protective Order filed on or about August 9, 2010 are adopted by the Court. The Parties shall adhere to the terms of the Stipulation Re Protective Order unless modified or otherwise ordered by the Court.

**IT IS SO ORDERED**.

DATED: August 16, 2010

_____
HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2.